FILED
CLERK, U.S. DISTRICT COURT

8/22/2023

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CD___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2023 Grand Jury

| UNITED STATES OF AMERICA, | CR 2:23-cr-00410-PA |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. § 922(g)(1): Felon in Possession of Ammunition; 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c): Criminal Forfeiture] |
| TREVOR WAGNER, | |
| Defendant. | |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 922(g)(1)]

On or about May 24, 2023, in Los Angeles County, within the Central District of California, inside of a vehicle, defendant TREVOR WAGNER knowingly possessed ammunition, namely, three rounds of Winchester 9mm Luger caliber ammunition, three rounds of Remington Peters 9mm Luger caliber ammunition, two rounds of ZSR Paylay1c1 San. A.Ş. 9mm ammunition, one round of Blazer 9mm caliber ammunition, and one round of Sellier & Bellot 9mm Luger caliber ammunition, each in and affecting interstate and foreign commerce.

Defendant WAGNER possessed such ammunition knowing that he had previously been convicted of at least one of the following felony crimes, each punishable by a term of imprisonment exceeding one year:

(1) Receipt of Stolen Property, in violation of California Penal Code Section 496d(a), in the Superior Court of the State of California, County of San Bernardino, Case Number FBA008051, on or about December 22, 2004;

(2) Robbery, in violation of California Penal Code Section 211, in the Superior Court of the State of California, County of San Bernardino, Case Number FBA700130, on or about April 4, 2008; and

(3) Attempted Possession of a Controlled Substance, in violation of California Penal Code Section 664 and California Health & Safety Code Section 11377(a), in the Superior Court of the State of California, County of San Bernardino, Case Number FVI1102177, on or about October 3, 2011.

COUNT TWO

[18 U.S.C. § 922(g)(1)]

On or about May 24, 2023, in San Bernardino County, within the Central District of California, inside of a residence, defendant TREVOR WAGNER knowingly possessed ammunition, namely, one round of Winchester 9mm Luger caliber ammunition, and one round of Sellier & Bellot 9mm Luger Caliber ammunition, each in and affecting interstate and foreign commerce.

Defendant WAGNER possessed such ammunition knowing that he had previously been convicted of at least one of the following felony crimes, each punishable by a term of imprisonment exceeding one year:

(1) Receipt of Stolen Property, in violation of California Penal Code Section 496d(a), in the Superior Court of the State of California, County of San Bernardino, Case Number FBA008051, on or about December 22, 2004;

(2) Robbery, in violation of California Penal Code Section 211, in the Superior Court of the State of California, County of San Bernardino, Case Number FBA700130, on or about April 4, 2008; and

(3) Attempted Possession of a Controlled Substance, in violation of California Penal Code Section 664 and California Health & Safety Code Section 11377(a), in the Superior Court of the State of California, County of San Bernardino, Case Number FVI1102177, on or about October 3, 2011.

FORFEITURE ALLEGATION

[18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)]

1.  Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), in the event of the defendant's conviction of the offenses set forth in any of Counts One and Two of this Indictment.

2.  If so convicted, the defendant shall forfeit to the United States of America the following:

   (a)  All right, title, and interest in any firearm or ammunition involved in or used in such offense; and

   (b)  To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3.  Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the defendant, if so convicted, shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of the defendant, the property described in the preceding paragraph or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been

//
//
//

1  substantially diminished in value; or (e) has been commingled with
2  other property that cannot be divided without difficulty.
3
4                                          A TRUE BILL
5
6                                              /S/
                                           Foreperson
7
8  E. MARTIN ESTRADA
   United States Attorney
9
   MACK E. JENKINS
10 Assistant United States Attorney
   Chief, Criminal Division
11

12 [signature]

13 SCOTT M. GARRINGER
   Assistant United States Attorney
14 Deputy Chief, Criminal Division

15 IAN V. YANNIELLO
   Assistant United States Attorney
16 Deputy Chief, General Crimes
   Section
17
   ALIX MCKENNA
18 Assistant United States Attorney
   General Crimes Section
19
20
21
22
23
24
25
26
27
28